IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-cv-00171-FL

| | |
|---|---|
| AMBER PRATHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| Defendant. | ) |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,578.75 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED, this ____17th____ day of ____October____, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge